HENRY H. VICK, as Administrator of the Estate of ELIZA A. VICK, Deceased, Appellant, *v.* JOHN H. PETERSON et al., Respondents.

*Vick* v. *Peterson*, 142 App. Div. 929, affirmed.
(Argued April 22, 1913; decided May 6, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 31, 1911, affirming a judgment in favor of defendants entered upon the report of a referee in an action for a partnership accounting.

*J. P. O'Connor* for appellant.

*Isaac S. Signor* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.